1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TEREBEA JEAN WILLIAMS,

11            Petitioner,                    No. CIV S-05-0058 LKK KJM P

12        vs.

13   DEBORAH JACQUEZ,

14            Respondent.                    <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Since petitioner may be entitled to relief if

18   the claimed violation of constitutional rights is proved, respondent will be directed to file a

19   response to petitioner's habeas petition.

20            In accordance with the above, IT IS HEREBY ORDERED that:

21            1.  Respondent is directed to file a response to petitioner's habeas petition within

22   sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer

23   shall be accompanied by all transcripts and other documents relevant to the issues presented in

24   the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

25            2.  If the response to the habeas petition is an answer, petitioner's reply, if any,

26   shall be filed and served within thirty days after service of the answer;

1

3.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

4.  The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  February 28, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
will0058.100(9.13.06)

2