IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEREBEA JEAN WILLIAMS,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**DEBORAH JACQUEZ,**<br><br>　　　　　　　　　　　　Respondent. | CIV S-05-0058 LKK KJM P<br><br>**ORDER** |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day extension of time to and including May 30, 2007, to file Respondent's answer to petition for writ of habeas corpus, is hereby GRANTED.

DATED: May 8, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1