IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEREBEA JEAN WILLIAMS,

        Petitioner,                  No. CIV S-05-0058 LKK KJM P

    vs.

DEBORAH JACQUEZ,

        Respondent.               ORDER

                                     /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. One of petitioner's claims is that her Fifth Amendment right to remain silent was violated by the admission into evidence of her February 28, 1998 confession to Colusa County sheriffs' deputies. It appears that petitioner's confession was videotaped. <u>See</u> Resp't's Lodged Document D at 21 n.3. However, the videotape has not been lodged with this court. The court finds that the videotape is necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent will be directed to lodge the videotape of petitioner's February 28, 1998 police interview.

/////

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days
2 from the date of this order, respondent shall lodge the videotape of petitioner's February 28,
3 1998 interview with Colusa County sheriffs' deputies.
4 DATED: March 31, 2008.

/s/ Gregory G. Hollows
U.S. MAGISTRATE JUDGE

5 8:williams58.o