IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEREBEA JEAN WILLIAMS,

    Petitioner,                    No. CIV S-05-0058 LKK KJM P

    vs.

DEBORAH JACQUEZ

    Respondent.                 ORDER

/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved with respect to petitioner's claims, and in particular her claim that her constitutional rights were violated by the admission into evidence of her statements to police, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. A member of the Federal Defender panel is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the September 13, 2006 amended petition and this order on Carolyn Wiggin, Assistant Federal Defender.

/////

1

1    3.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for
2 copies of documents in the file.
3    4.  A status conference is set for June 18, 2008, at 10:00 a.m. in Courtroom #26.
4    5.  All parties shall appear at the status conference by counsel.
5    6.  Counsel shall come to the hearing prepared to discuss a briefing schedule with
6 regard to the claims contained in petitioner's amended petition.
7 DATED:  May 20, 2008.

_____
U.S. MAGISTRATE JUDGE

9 8:williams58.atty

2