IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEREBEA JEAN WILLIAMS,

    Petitioner,                   No. CIV S-05-0058 LKK KJM P

    vs.

DEBORAH JACQUEZ,

    Respondent.                  <u>ORDER</u>

_____/

       A status conference was held in this matter on June 18, 2008.  Stephanie Adraktas appeared telephonically for petitioner.  Judy Kaida appeared telephonically for respondent. After discussion among the court and the parties, and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

       1.  Petitioner shall file a supplemental brief within 90 days from the date of this order.  Petitioner's brief shall contain points and authorities in support of her claim that her constitutional rights were violated by the admission into evidence of her statements to police. Petitioner may also include a discussion of her jury instruction claim.

       2.  Respondent shall file a responsive brief within 60 days after service of petitioner's brief.

/////

1

3. Petitioner shall file a reply brief within 30 days after service of respondent's brief.

4. The court will entertain reasonable requests to continue the dates set forth in this order or to revise the nature of the requested briefing.

DATED: June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

8:williams58.oah